|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIMBERLY D. WEBB,  )
                   )   Case No. 2:12-cv-01850-MMD-PAL
         Plaintiff, )
                   )          **ORDER**
vs.                )
                   )   (Mtn to Serve - Dkt. #12)
CAROLYN W. COLVIN, COMMISSIONER OF )
SOCIAL SECURITY ADMINISTRATION,[1] )
                   )
         Defendant. )
_____)

   This matter is before the court on Plaintiff Kimberly D. Webb's Motion to Serve Party with Summons and Complaint (Dkt. #12). Plaintiff is proceeding in this action for Social Security disability benefits and Supplemental Security Income in forma pauperis but is represented by counsel.

   On November 7, 2012, the court entered an Order (Dkt. #2) screening Plaintiff's Complaint (Dkt. #1) pursuant to 28 U.S.C. § 1915 and directing the Clerk of Court to serve the Complaint pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. Specifically, the Screening Order directed the Clerk of the Court to issue summons for and serve process upon the Office of General Counsel for the Social Security Administration in San Francisco, California; (b) the United States Attorney in Las Vegas, Nevada; and the Attorney General in Washington, D.C. *See* Order (Dkt. #2). The Clerk issued Summons (Dkt. #4) and mailed them with the Complaint to the Office of General Counsel and the Attorney General by certified mail as directed in the Screening Order. *See* Certified Mail Receipts (Dkt. #8). The docket reflects that service is complete on the Office of General Counsel

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Agency on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, she is substituted for former Commissioner Michael J. Astrue as Defendant in this case.

and the Attorney General. *See* Certificates of Service (Dkt. #7, 11). There is nothing on the docket to show that the United States Attorney's Office has been served. Accordingly, Plaintiff requests the court re-serve it.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Plaintiff's Motion to Re-Serve (Dkt. #12) is GRANTED.
2. The Clerk of the Court shall serve the United States Attorney for the District of Nevada by delivering a copy of a summons and Complaint (Dkt. #1) to the U.S. Marshal for service or file proof of service if service has been effected.

Dated this 5th day of April, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2