UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY D. WEBB,<br><br>                       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>                       Defendant. | Case No. 2:12-cv-01850-APG-PAL<br><br>**ORDER ACCEPTING REPORT OF FINDINGS AND RECOMMENDATION**<br><br>(Dkt. ## 20, 21) |

On September 26, 2013, Magistrate Judge Leen entered her Report of Findings and Recommendation (Dkt. #23), recommending that Plaintiff's Motion to Remand (Dkt. #20) be denied, and that Defendant's Cross-Motion to Affirm (Dkt. #21) be granted. No objection has been filed to that Report of Findings and Recommendation. This Court has conducted a de novo review of the issues set forth in the Report and Recommendation. Magistrate Judge Leen's Report of Findings and Recommendation contains a thorough review of the facts and applicable law, and sets forth the proper legal analysis and factual basis for the decision. Therefore,

**IT IS HEREBY ORDERED** that the Report of Finding and Recommendation is accepted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Dkt. #20) is DENIED.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (Dkt. #21) is GRANTED.

Dated: December 17, 2013.

                                                                            ANDREW P. GORDON<br>
                                                                            UNITED STATES DISTRICT JUDGE